UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIR ISLAM,

        Plaintiff,

- against -

ATHLETE'S NEEDS, INC.,

        Defendant.
-----------------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-CV-1562 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

*Pro se* plaintiff Mir Islam brought this diversity action alleging that multi-vitamins he purchased and took while incarcerated caused negative health effects. (Compl. (Doc. No. 1).) On September 5, 2018, the Honorable Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R"), recommending that this action be dismissed following Islam's failure to appear at two conferences scheduled before her. (R&R (Doc. No. 30).) Judge Bloom reminded the parties that Federal Rule of Civil Procedure ("Rule") 72(b) requires that any objections to the R&R be filed within 14 days. (R&R at 4.)

The R&R was mailed to Islam at 2040 Bronxdale Avenue, Apt 4B, Bronx, NY 10462. No party filed any objection, and the time to do so has now expired.

Pursuant to 28 U.S.C. § 636(b) and Rule 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, the Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Mir Islam at the address listed on the docket and note the mailing on the docket. The



Clerk of Court is further directed to enter judgment pursuant to this Order and close the case.

SO ORDERED.

Dated: Brooklyn, New York
October 19, 2018

/s/ USDJ ROSLYNN R. MAUSKOPF
ROSLYNN R. MAUSKOPF
United States District Judge